UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JASON ALLEN CLAYMORE,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF SOUTH DAKOTA, STATE ATTORNEY'S OFFICE, PUBLIC ADVOCATE OFFICE, COUNTY OF MINNEHAHA COURTS, JOE FLYNN, JUDGE CARTER, JULIE HOFER,<br><br>        Defendants. | 4:16-CV-04043-KES<br><br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Jason Allen Claymore.

Dated April 6, 2016.

                              BY THE COURT:

                              */s/ Karen E. Schreier*
                              KAREN E. SCHREIER
                              UNITED STATES DISTRICT JUDGE